THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| K.M., et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>REGENCE BLUESHIELD, et al.,<br><br>            Defendants. | CASE No. C13-1214RAJ<br><br>STANDING ORDER |

This matter comes before the court *sua sponte*. To ensure efficiency and conservation of judicial resources, the court provides the following standing order that all parties MUST follow going forward:

1. Before any party files a motion, they shall meet and confer with the opposing party. The moving party shall file a declaration certifying that the meet and confer conference occurred and whether the parties were able to narrow any issues before the court. Such meet and confer conference shall occur at least one week prior to when the motion is filed. If a party and/or counsel is non-responsive to an attempt to meet and confer or does not meet and confer in good faith, that party and/or counsel may be sanctioned for violating this court order.

ORDER - 1

2. No party shall file supplemental evidence or argument after the briefing schedule is completed, unless authorized by the court. If the parties seek leave of court to file supplemental evidence, they must follow the meet and confer requirement above, and any motion filed must provide the legal and factual authority authorizing the court's consideration of the evidence. Any such motion shall be filed pursuant to Local Civil Rule 37(a)(2), and each party's argument shall not exceed a total of five pages. If the court finds that either party's position is unnecessary, unwarranted, or not supported by legal authority, the court may impose sanctions pursuant to Local Rule 11(c).

3. The parties may submit a notice of legal authority only to provide a copy of the legal authority, which must be attached to the notice with the relevant section highlighted or otherwise clearly marked. No argument shall be permitted.

4. The court STRIKES Dkt. # 41, and will not consider it because the court did not authorize the filing of supplemental evidence.

5. The court also STRIKES Dkt. # 39, and will not consider it because it provides additional argument that the court did not authorize. Plaintiffs may re-file the notice of additional authority consistent with this order.

Dated this 20th day of December, 2013.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 2