HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| K.M., by and through his parents and guardians, L.M. and E.M., individually, on behalf of GARRIGAN LYMAN GROUP HEALTH BENEFIT PLAN, and B.S., by and through his parents and guardians, E.S. and R.S., individually, on behalf of THE WESTERN CLEARING CORPORATION HEALTH BENEFIT PLAN, on behalf of similarly situated individuals and plans, and DISABILITY RIGHTS WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>REGENCE BLUESHIELD; and CAMBIA HEALTH SOLUTIONS, INC., f/k/a THE REGENCE GROUP,<br><br>Defendants. | NO. 2:13-cv-01214-RAJ<br><br>STIPULATION AND [PROPOSED] ORDER RE: CLASS NOTICE<br><br>**NOTED FOR CONSIDERATION:**<br>  February 3, 2014 |

## I.  STIPULATION

In this Court's Order dated January 24, 2014, the parties were required to meet and confer regarding the notice to be provided pursuant to Rule 23(c)(2), and to file a joint document proposing the form of notice to be given to putative class members along with a proposed order approving the form of notice.  *See* Dkt. No. 51, p. 27.  As

STIPULATION AND ORDER RE: CLASS NOTICE - 1
[Case No. 2:13-cv-01214-RAJ]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
999 THIRD AVENUE, SUITE 3650
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246

directed by that Order, the parties have met and conferred, and hereby stipulate and agree that the form of notice attached hereto as *Exhibit A* should be sent to all current Regence Washington insureds on its ERISA-governed plans within 50 days.

**IT IS SO STIPULATED.**

DATED:  February 6, 2014.

| | |
|---|---|
| SIRIANNI YOUTZ<br>SPOONEMORE HAMBURGER | KARR TUTTLE CAMPBELL |
| /s/ Richard E. Spoonemore<br>Richard E. Spoonemore (WSBA #21833)<br>Eleanor Hamburger (WSBA #26478)<br>Attorneys for Plaintiffs and the Class | /s/Medora A. Marisseau (per email authorization)<br>Medora A. Marisseau (WSBA #23114)<br>J. Derek Little (WSBA #40560)<br>Attorneys for Defendants |

## II.  ORDER

The above having been stipulated by all parties, and the Court having found good cause, IT IS ORDERED that the form of notice attached hereto as *Exhibit A* is approved, and Regence is directed to mail a copy of this notice to all of its Washington insureds under ERISA-governed plans in Washington State within 50 days of the date of this Order.

DATED this 6th day of February, 2014.

The Honorable Richard A. Jones
United States District Judge

STIPULATION AND ORDER RE: CLASS NOTICE - 2
[Case No. 2:13-cv-01214-RAJ]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
999 THIRD AVENUE, SUITE 3650
SEATTLE, WASHINGTON  98104
TEL. (206) 223-0303   FAX (206) 223-0246