Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| K.M., by and through his parents and guardians, L.M. and E.M., individually, on behalf of GARRIGAN LYMAN GROUP HEALTH BENEFIT PLAN, and B.S., by and through his parents and guardians, E.S. and R.S., individually, on behalf of THE WESTERN CLEARING CORPORATION HEALTH BENEFIT PLAN, on behalf of similarly situated individuals and plans, and DISABILITY RIGHTS WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>REGENCE BLUESHIELD; and CAMBIA HEALTH SOLUTIONS, INC., f/k/a THE REGENCE GROUP,<br><br>Defendants. | NO. 2:13-cv-01214-RAJ<br><br>[PROPOSED]<br>ORDER RE: CONTINUED STAY<br><br>Noted for Consideration:<br>  May 13, 2014 |

## I.  ORDER

Counsel for all parties have moved this Court to continue the present stay in this action, and to stay the class notices directed by this Court's Order dated February 6, 2014 (Docket No. 54), given active and ongoing settlement discussions.  The Court,

ORDER RE: CONTINUED STAY - 1
[Case No. 2:13-cv-01214-RAJ]

having found good cause, STAYS this case until June 30, 2014. Either party may move, prior to the expiration of 60 days, to lift the stay if an impasse is declared by that party. The Court also STAYS the requirement that Regence send notice (attached as *Exhibit A* to Docket No. 54) to all current Regence Washington insureds on its ERISA-governed plans by March 28, 2014. If an impasse is declared, the Court will set a new deadline for the mailing of class notices.

DATED this 15th day of May, 2014.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER RE: CONTINUED STAY - 2
[Case No. 2:13-cv-01214-RAJ]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
999 THIRD AVENUE, SUITE 3650
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246