Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

K.M., et al.,

    Plaintiffs,

v.

REGENCE BLUESHIELD, et al.,

    Defendants.

NO. 2:13-cv-01214-RAJ

[PROPOSED]
ORDER RE: CONTINUED STAY

NOTED FOR CONSIDERATION:
June 26, 2014

### I. ORDER

Counsel for all parties have moved this Court to continue to stay this action, and to stay the class notices directed by this Court's Order (Dkt. No. 54), given active and ongoing settlement discussions. The Court, having found good cause, STAYS this case until August 14, 2014. Either party may move, prior to the expiration of the stay, to lift the stay if an impasse is declared by that party. The Court also STAYS the requirement that Regence send notice (attached as *Exhibit A* to Docket No. 54) to all current Regence Washington insureds on its ERISA-governed plans by March 28, 2014. If an impasse is declared, the Court will set a new deadline for the mailing of class notices.

ORDER RE: CONTINUED STAY - 1
[Case No. 2:13-cv-01214-RAJ]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
999 THIRD AVENUE, SUITE 3650
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246

1
2    DATED this 30th day of June, 2014.
3
4    _____
5    The Honorable Richard A. Jones
     United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER RE: CONTINUED STAY - 2
[Case No. 2:13-cv-01214-RAJ]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
999 THIRD AVENUE, SUITE 3650
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246